BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., DATA BREACH LITIGATION | MDL No. 2904 |

PLAINTIFF ELIZABETH HOLLWAY'S RESPONSE SUPPORTING TRANSFER TO THE <u>DISTRICT OF NEW JERSEY</u>

Pursuant to 28 U.S.C. § 1407 and JPML Rule 6.2(e), Plaintiff Elizabeth Hollway, Case No. 2:19-cv-14392, District of New Jersey, submits her response in partial support of the pending motions for transfer and centralization. To the extent these motions seek to transfer and centralize litigation against Quest Diagnostics Inc. and its wholly-owned subsidiary Optum360 Services, Inc. (collectively, "Quest"), Plaintiff supports transfer to the District of New Jersey. *See* Dkt. Nos. 5, 62, 67, 69, 71, 74, 75, 77, 79, & 85. If the Panel is inclined to centralize all of the cases that the other parties contend are related by virtue of ACMA's involvement, those cases should be centralized in the District of New Jersey.

Dated: July 18, 2019

                                                        Respectfully submitted,

                                                  */s/ Joseph I. Marchese*
                                                      Joseph I. Marchese

**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorney for Plaintiff Elizabeth Hollway*